UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| JAVIER MONGE,<br>     Plaintiff,<br> -against-<br><br>GANSEVOORT L.L.C., GGM-GH L.L.C.<br>and PAIGE GH GROUP L.L.C.<br><br>     Defendants. | 16 cv 06725<br><br>Stipulation of Dismissal with Prejudice |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned attorneys, that pursuant to Fed. R. Civ. P. 41, the action and all claims asserted or which could have been asserted therein against Defendants is dismissed with prejudice in its entirety and without further costs to any party as against the other.

Date: November 30, 2016

Jennifer E. Tucek, PC
Attorney for Plaintiff

By: _____
Jennifer E. Tucek
201 East 87th Street, Suite 9L
New York, New York 10128
(917) 669-6991

Jessica Spitzer
Attorneys for Defendants

By: _____
Jessica Spitzer
307 5th Avenue, 17th Floor
New York, NY 10016
(212) 730-0100

SO ORDERED:

_____   _____

Hon. J. Paul Oetken                Date:

United States District Judge